NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1535

GPS INDUSTRIES, INC. and OPTIMAL I.P. HOLDINGS, L.P.,

Plaintiffs-Appellants,

v.

ALTEX CORPORATION, DECA INTERNATIONAL CORP.,
GOLFLOGIX, INC., and L1 TECHNOLOGIES, INC.,

Defendants-Appellees,

and

GPS GOLF PRO, LLC, KARRIER COMMUNICATIONS
and GPS TECHNOLOGIES, INC.,

Defendants,

and

LINKS POINT, INC. and TEE2GREEN TECHNOLOGIES, PTY LTD.,

Defendants-Appellees,

and

SKYHAWKE TECHNOLOGIES, LLC,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Texas
In case no. 3:07-CV-0831, Judge Ed Kinkeade.

ON MOTION

O R D E R

The parties jointly move for a 30-day extension of time, until December 2, 2009, for GPS Industries, Inc. to file its opening brief, and an extension of time, until February 15, 2010, for the appellees to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 9 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alfonso Garcia Chan, Esq.
John L. Hendricks, Esq.
William L. Buus, Esq.
Arthur I. Neustadt, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 9 2009

JAN HORBALY
CLERK